CITY OF ST PAUL v. C. H. ROBBINS.[1]

July 29, 1904.

Nos. 13,951—(147).

Appeal by defendant from a judgment of the municipal court of St. Paul, Finehout, J., whereby he was convicted of violation of the "smoke ordinance" of plaintiff city and sentenced in the alternative to pay a fine of $25 or to imprisonment for thirty days. Affirmed.

*Franklin H. Griggs*, for appellant.
*J. C. Michael* and *W. Helms*, for respondent.

[1] Reported in 100 N. W. 1124.

PER CURIAM.

This is an appeal from the conviction of defendant for violation of the smoke ordinances of the city of St. Paul, and involves the same question upon the validity of those ordinances as the case of City of St. Paul v. Haugbro, supra, page 59. The evidence is presented in this record more fully than in the Haugbro appeal, and upon our review of the same we are satisfied that it sustains the conviction, and the judgment appealed from is affirmed.

Judgment affirmed.